UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HENRY,

                Plaintiff,

      -against-

P.O. JOHN DOE, *et al.*,

                Defendants.

19-CV-10153 (CM)

CIVIL JUDGMENT

Pursuant to the order issued July 29, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 29, 2020
           New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge